AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Montana

| | |
|---|---|
| United States of America<br>v.<br>LUIS ARMANDO SOTO AVILA | )<br>)<br>)<br>)<br>)<br>)<br>) |
| _____<br>*Defendant(s)* | ) |

Case No.  **42**

MJ-26- -BU-KLD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____05/21/2026_____ in the county of _____Gallatin_____ in the

_____ District of _____Montana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a); (b)(1) | Illegal Reentry of Removed Alien (Penalty:  Ten years of imprisonment; $250,000 fine, three years supervised release; $100 special assessment) |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Dillon D. Betler
_____
*Complainant's signature*

Dillon D. Betler Border Patrol Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____05/26/2026_____

_____
*Judge's signature*

City and state: _____Missoula, Montana_____

Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
_____
*Printed name and title*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. MJ-26- 42-BU-KLD |
| V. | |
| LUIS ARMANDO SOTO AVILA | |

### AFFIDAVIT OF DILLON D. BETLER
### IN SUPPORT OF A CRIMINAL COMPLAINT

I, Dillon D. Betler, being duly sworn, deposes and state:

1.    I am a United States Border Patrol Agent (BPA) with the Department of Homeland Security (DHS) currently assigned to Havre Sector in Havre, Montana. I have been employed as a Border Patrol agent since June of 2022. As a BPA, I have the authority to investigate violations of the Immigration and Nationality Act, Title 8 and Title 18 of the United States Code, and other relating statutes.

2.    In my capacity as a BPA, I have reviewed the official DHS records (AXXX XXX 839) and DHS automated data relating to Luis Armando Soto Avila which attest to the following:

   a. Soto Avila is a thirty-one (31) year-old male, native and citizen of Mexico.

b.  Soto Avila was originally apprehended and ordered removed by Unites States Border Patrol on December 20, 2014, and was removed through Paso Del Norte, Texas on December 21, 2014.

c.  Soto Avila was then encountered on September 10, 2017, near Lordsburg, New Mexico and was served with a Reinstatement of Prior Removal and was removed on September 11, 2017, through Paso Del Norte, Texas on October 19, 2017.

3.  Soto Avila has the following criminal history:

a.  Soto Avila was convicted of 8 USC 1326 on October 18, 2017, and sentenced to 39 days imprisonment.

4.  On May 21, 2026, Supervisory Border Patrol Agent-Intelligence (SBPA-I) Gaberiel J. Flores assisted the Missouri River Drug Task Force with a search warrant at 1595 N 25th Avenue, Unit #203, Bozeman, Gallatin County, MT. SBPA-I Flores was assigned to assist with any Spanish translation needed by Drug Enforcement Administration Task Force Agent Mat Poe.

5.  At approximately 4:00 a.m., SBPA-I Flores was told by Drug Enforcement Administration Task Force Agent Mat Poe that three adult males had been detained while executing the search warrant.  One of them being Soto Avila.

6.  SBPA-I Flores questioned Soto Avila if he had any documents that allow him to be in the country legally. He responded that he did not. SBPA-I

Flores asked Soto-Avila if he is in the country illegally and he acknowledged that he is here illegally.

7. At this point, Soto-Avila was placed under arrest and was transported to the Sweetgrass Border Patrol Station for further investigation and processing.

8. Soto-Avila was advised of his "Warning as to Rights" via service form I-214 by BPA Mobley. Soto-Avila acknowledged his rights and was unwilling to answer questions without a lawyer present.

9. There is no evidence suggesting that Soto-Avila was granted or applied for permission to re-enter after a deportation, exclusion, or removal from the United States, through the Attorney General of the United States.

10. On the basis of the facts above, your affiant believes that there is probable cause to believe that ~~Mario Garcia Martinez~~ Luis Armando Soto Avila has violated 8 USC 1326 – illegal re-entry.

/s/ Dillon D. Betler
Dillon D. Betler
Border Patrol Agent
U.S. Department of Homeland Security
Havre, Montana

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 26th day of May 2026.

HON. KATHLEEN L. DESOTO
United States Magistrate Judge